# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00571-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00572-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-00573-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00574-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00575-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00576-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00577-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00578-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00579-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00580-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00581-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00582-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00583-ADA** |
| **GOOGLE LLC,** | § | **CIVIL ACTION 6:20-cv-00584-ADA** |
| *Defendant.* | § | **CIVIL ACTION 6:20-cv-00585-ADA** |

## WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF CLAIM TERMS FOR CONSTRUCTION

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim terms for construction on Defendant Google LLC via electronic mail on December 18, 2020.

DATED:  December 18, 2020            Respectfully submitted,

                                                By:  */s/ Mark D. Siegmund*_____
                                                Mark D. Siegmund
                                                State Bar No. 24117055
                                                mark@waltfairpllc.com
                                                **Law Firm of Walt, Fair PLLC.**
                                                1508 North Valley Mills Drive
                                                Waco, Texas 76710
                                                Telephone: (254) 772-6400
                                                Facsimile: (254) 772-6432

                                                *Counsel for Plaintiff WSOU Investments, LLC*

**CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 18th day of December 2020.

                                                /s/ *Mark D. Siegmund*_____
                                                Mark D. Siegmund