# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT §§§§§§ | |
| *Plaintiff*, | CIVIL ACTION 6:20-CV-00582-ADA |
| v. | JURY TRIAL DEMANDED |
| GOOGLE LLC, | |
| *Defendant*. | |

## ORDER GRANTING JOINT STIPULATION AND FINAL JUDGMENT

Upon consideration of the parties' Joint Stipulation of Dismissal and Final Judgment:

IT IS ORDERED that the Joint Stipulation and Final Judgment is granted, and final judgment is entered in the above-captioned case.

SO ORDERED this 17th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE